461 A.2d 889

Jumper v. Myers, Jr., Appellant.

Submitted February 3, 1983. John F. Goryl, for appellant; Philip A. Arnold, for appellee.

Before WIEAND, McEWEN and MONTGOMERY, JJ.

Order affirmed.

461 A.2d 889

Linkenheimer v. Hall, et al., Appellants.

Argued February 9, 1983. W. David Marcello, Assistant Public Defender, for appellants; Dudley N. Anderson, for appellee.

Before BROSKY, WIEAND and CIRILLO, JJ.

Order affirmed.